IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00021-AP

RALPH E. SALYARDS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Katherine McClure, Esq.
Sawaya & Rose, P.C.
1600 Ogden Street
Denver, CO 80218
Telephone: (303) 839-1650/Fax: (303) 832-7102
Kmcclure@sawayalaw.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0812/Fax: (303) 844-0770
debra.meachum@ssa.gov

**2.** **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.** **DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed:** 1/6/06
- B. **Date Complaint Was Served on U.S. Attorney's Office:** 1/9/06
- C. **Date Answer and Administrative Record Were Filed:** 3/10/06

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:** To the best of her knowledge, the record is complete.

**5.** **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** None anticipated.
**Defendant states:** None anticipated.

**6.** **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses
**Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.** **OTHER MATTERS**

**Plaintiff states:** None anticipated.
**Defendant states:** None anticipated.

**8.** **PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after filing of this Joint Case Management Plan, as follows:

- A. **Plaintiff's Opening Brief Due:** June 30, 2006
- B. **Defendant's Response Brief Due:** July 31, 2006.
- C. **Plaintiff's Reply Brief Due:** August 15, 2006.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**.   Oral argument not requested.
   B.   **Defendant's Statement:**  Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

   DATED this 31stday of March, 2006.

                                    BY THE COURT:


                                     S/John L. Kane
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Katherine McClure 3/31/06<br>Katherine McClure, Esq.<br>Sawaya & Rose, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Telephone: (303) 839-1650/Fax: (303) 832-7102<br>Kmcclure@sawayalaw.com<br><br>Attorney for Plaintiff. | WILLIAM J. LEONE<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 3/31/06<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0812<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |