IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00021-EWN

RALPH E. SALYARDS,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412.

On January 18, 2007, the Court received a Stipulated Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA). The Motion states that Defendant, through her attorney, conferred with Plaintiff's attorney, who agreed to an award of $3,000.00 in EAJA fees in this case. The Court, being fully advised, grants the stipulated motion.

IT IS HERE BY ORDERED that Defendant pay $3,000.00 in attorney fees, pursuant to the EAJA, to Plaintiff's attorney, in care of Plaintiff.

DATED January 22, 2007

BY THE COURT:

s/ Edward W. Nottingham
THE HONORABLE EDWARD W. NOTTINGHAM
United States District Court Judge